**Michael ALLEN, Petitioner–Appellant,**

v.

**John TAYLOR, Warden, Respondent–Appellee.**

**No. 01–7950.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 6, 2002.

Michael Allen, Appellant Pro Se. Stephen R. McCullough, Assistant Attorney General, Richmond, Virginia, for Appellee.

* The parties consented to proceed before a magistrate judge pursuant to 28 U.S.C.A.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael Allen appeals the magistrate judge's * order dismissing his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001) because the relief sought in the petition, a belated appeal to a three-judge panel of the Virginia Court of Appeals, had been awarded to Allen. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Allen v. Taylor,* CA–00–117–3 (E.D.Va. Oct. 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

§ 636(c) (West 1993 & Supp.2001).